IN THE UNITED STATES DISRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| LOIS WISDOM, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Cause No: |
| ) | |
| DG RETAIL, LLC, D/B/A DOLLAR ) | |
| GENERAL and KAREN AND ) | |
| STEPHANIE CHAMBERLAIN, ) | |
| TRUSTEES. ) | |
| ) | |
| Defendants. ) | |

**NOTICE OF REMOVAL**

COMES NOW, the named Defendant DG Retail, LLC d/b/a Dollar General, properly known as DG Retail, LLC, by and through undersigned attorney, Jeffrey A. Kopis of Jerome, Salmi & Kopis, LLC, and files its Notice of Removal stating the following:

1. A civil action has been commenced and is now pending in Circuit Court of St. Clair County: Case #: 2022-LA-0319 wherein Lois Wisdom is the Plaintiff and DG Retail, LLC d/b/a Dollar General properly known as DG Retail, LLC ("DG Retail, LLC") and Karen and Stephanie Chamberlain, Trustees are the Defendants.

2. The action is a civil action wherein Plaintiff pleads damages for personal injuries because of Defendants' alleged negligence in connection with a fall occurring on July 3, 2020.

3. Defendant, DG Retail, LLC, was served a copy of the initial pleading on or about April 27, 2022.

4. This action is a civil action, of which the United States District Courts have original jurisdiction pursuant to 28 U.S.C. § 1332 and is one which may be removed to this Court by

Defendant, DG Retail, LLC pursuant to 28 U.S.C. § 1441, in that this is a civil action or proceeding involving diversity of citizenship.

5. Plaintiff, Lois Wisdom, is a citizen of Illinois.

6. Defendant, DG Retail, LLC, is a Single Member LLC formed under the laws of the State of Tennessee.

7. The Single Member and Owner of DG Retail, LLC is Dolgencorp of Texas, Inc.

8. Dolgencorp of Texas, Inc is a C Corporation incorporated in the State of Kentucky.

9. Dolgencorp of Texas, Inc., has its principal place of business in the State of Tennessee.

10. Since Dolgencorp of Texas, Inc., is incorporated in the State of Kentucky and has its principal place of business in the State of Tennessee, then Dolgencorp of Texas, Inc., for diversity purposes, is a Citizen of the State of Tennessee and a Citizen of the State of Kentucky.

11. Since Dolgencorp of Texas, Inc is both a Citizen of the State of Kentucky and the State of Tennessee and it is the sole member and owner of Defendant DG Retail LLC, then Defendant, DG Retail, LLC, is both a Citizen of the State of Kentucky and a Citizen of the State of Tennessee. (Copeland v. Penske Logistics, LLC, 675 F.3d 1040, 1043 (7th Cir. 2012) ("a limited liability company's citizenship includes every state of which any unit holder is a citizen").

12. It is further Defendant's understanding that Defendant, Karen Chamberlain, Trustee is a citizen of the State of California and Stephanie Chamberlain, Trustee, is a citizen of the State of Washington. Neither are citizens of the State of Illinois.

13. There is therefore complete diversity of citizenship between the Plaintiff, Louis Wisdom, and the Defendants.

14. Plaintiff prays in her ad damnum of her two-count complaint that she is seeking in excess of $100,000.00 plus costs against these Defendants.

15. Plaintiff further alleges in her Complaint that Plaintiff was injured and has suffered, and will suffer in suffer in the future, severe injury and pain, lost enjoyment of life, disability, and pain and suffering as a result of Defendants' negligence.

16. Further, on November 11, 2021, Plaintiff's previous attorney made a settlement demand of $1.5 million dollars to settle the Plaintiff's claim (Said demand letter is attached and marked as Defendant's Exhibit A).

17. Based upon Plaintiff's allegations in her complaint and the Plaintiff's settlement demand, it is clear that the amount in controversy is in excess of $75,000.00.

18. Further, the undersigned attorney also spoke to Brad Chamberlain, the attorney for Defendants Karen Chamberlain and Stephanie Chamberlain, on May 26, 2022, and on behalf of his clients, he has consented to the removal of this matter to Federal Court.

19. Defendant DG Retail, LLC, further files herein a certified copy of the St. Clair County Court file Cause No. 2022-LA-0319. (Attached as Defendant's Exhibit B).

20. WHEREFORE, the named Defendant, DG Retail, LLC, d/b/a Dollar General, properly known as DG Retail, LLC, prays the Court accept its Notice of Removal, and make and enter such orders as may be necessary to effect the complete removal of this action from the Circuit Court of St. Clair County, Illinois to the United States District Court for the Southern District of Illinois, and that further proceedings be discontinued in the State Court and all future proceedings be held in this Court, as the laws in such case provide.

        Respectfully Submitted,

By:     /s/ Jeffrey A. Kopis
    Jeffrey A. Kopis # 6211025
    JEROME, SALMI & KOPIS, LLC
    331 Salem Place, Suite 260
    Fairview Heights, IL 62208
    Phone: (618) 726-2222
    Fax: (618) 230-3331
    jkopis@jsklawfirm.com
    *Attorney for Defendant, DG Retail, LLC*

## CERTIFICATE OF SERVICE

      I hereby certify that on May 26, 2022, the foregoing was filed electronically with the Clerk of the Court to be served by operation of the Court's electronic filing system upon the following:

Matthew P. Young
Kuehn, Beasley & Young, P.C.
23 South 1st Street
Belleville, IL 62220
Phone: (618) 277-7260
Fax: (618) 277-7718
mattyoung@kuehnlawfirm.com
*Attorney for Plaintiff*

                                                          By:     /s/ Jeffrey A. Kopis
                                                                 JEROME, SALMI & KOPIS, LLC