

One Metropolitan Square, Suite 1600
St. Louis, MO 63102
(314) 222-2222 Phone
(314) 421-0359 Fax
www.GetBC.com

Offices in St. Louis, Kansas City
Arnold, St. Charles, Washington
O'Fallon, MO & Fairview Heights, IL

BROWN & CROUPPEN
LAW FIRM

Over 180 attorneys & staff protecting your rights

Partners:
Ronald A. Brown
Terry B. Crouppen
Edward I. Herman
Andy Crouppen

November 11, 2021

**SENT VIA CERTIFIED MAIL**
**RETURN RECEIPT REQUESTED**
Ms. Millette Milliken
Dollar General Headquarters
PO Box 1728
Goodlettsville, TN 37070

RE:    Our Client:      Lois Wisdom
        Your Insured:    Dollar General #14541
        Date of Loss:     July 3, 2020
        Claim Number:   202011178

Dear Ms. Milliken:

Enclosed please find medical specials from the following providers, along with other miscellaneous information we have on our client with reference to the above-styled matter.

| Date | Provider | Amount |
|---|---|---|
| July 3, 2020 - September 10, 2020 | SLH Physicians, LLC | $4,089.00 |
| July 3, 2020 - August 28, 2020 | Medstar Ambulance, Inc. | $1,214.99 |
| July 3, 2020 - March 31, 2021 | SLUCare UMG Practice | $8,659.00 |
| July 3, 2020 - March 31, 2021 | SSM Health St. Louis University Hospital | $237,773.66 |
| July 13, 2020 - July 13, 2020 | BRIA Health Services | $1,600.00 |
| September 16, 2020 - April 22, 2021 | Chestnut Health Systems, Inc. | $3,984.00 |
| | **TOTAL DAMAGES:** | **$ 257,320.65** |

I have spoken to my client and they have agreed to settle this claim for *$1,500,000.00.*

Liability is clear. On 07.03.20 58-year-old Lois Wisdom tripped and fell on the concrete ramp in front of Dollar General. The curb cut, which originally had been identifiable by yellow paint, was missing much of


DEFENDANT'S EXHIBIT A

the paint as it chipped away over time and faded. Lois could not see that there was a curb and believed she was walking on flat ground. As she was walking toward the store, her foot hit the curb and she fell. Your insured owed a duty to my client to exercise ordinary care and make their premises safe. Here the evidence is clear that your insured breached this duty by failing to clearly identify a change in level, creating a dangerous condition of which your insured either knew or should have known would occur. The resulting fall and injury to my client was a forseeable consequence of this breach.



Emergency medical services was called, and she reported to them 10/10 extreme pain with blood coming out of the bottom of her right leg with obvious deformity noted. An open fracture with a significant amount of bleeding was noted after her pants were cut away with a pressure dressing applied and bleeding controlled. She was transported to St. Louis University Hospital ED with Fentanyl given in route twice for extreme pain. In the ED she reported severe right ankle pain with x-ray of her right ankle, tibia fibula revealing distal tibial and fibular shaft fractures at the level of the syndesmosis, and proximal fibular shaft fracture that is mildly displaced. Ortho was consulted and reduced and splinted her right ankle with a plan for the OR for irrigation and debridement (I&D) with open reduction internal fixation (ORIF) of the right tibia and fibula. Post reduction x-ray of her right tibia fibula revealed stable appearance of angulated distal tibial and fibular shaft fractures and proximal fibular fracture with a CT of her right tibia fibula revealing comminuted fractures of the proximal fibula, and distal fibula and tibia. She underwent I&D right open tibia fracture and intramedullary nail of right tibia with a limited ORIF of the right tibia. A postop x-ray of the right tibia fibula revealed the distal tibial fracture in near anatomic alignment with fractures of the distal and proximal fibula unchanged in osseous alignment. She was followed by ortho, internal medicine, and PT/OT throughout her 10-day stay, being discharged on 07.13.20 to Bria of Belleville SNF for inpatient rehab.

Upon arrival at Bria she reported being very anxious and stating that she was in a lot of pain. She left four days after being admitted and receiving one PT visit and three OT visits.

She followed up with ortho on 08.05.20 with right ankle pain stating she has been weight bearing as tolerated with right lower extremity in an air cast boot since last seen. An x-ray of the right tibia fibula revealed distal tibial fracture with internal fixation and distal fibular fracture unchanged in alignment. She was instructed to continue weight bearing as tolerated to her right lower extremity and continue the air cast boot with daily dry dressings to her wounds and follow up in four weeks.

She reported right leg pain with possible infection and called EMS to her home on 08.25.20 noting that over the last week her leg has been causing her some pain, trying to call her doctor several times with no success stating she would rather stay out of the ED and try to call her doctor again. EMS evaluated her leg and she refused transport. She called EMS back to her home on 08.26.20 with right leg pain stating since Saturday there has been increasing pain and weeping from her wound. EMS exam revealed mild redness and hot to touch with the wound covered but restrained in a boot. She states she cannot take the pain anymore and is out of pain meds however has a doctor's appointment at 1pm with EMS advising her to keep her appointment as her vital signs do not reflect a systemic infection and her wound simply reflects a stage of healing common for someone with diabetes.

11/16/2021

She called EMS to her home on 08.27.20 reporting 8/10 severe right leg pain stating she felt like her rod or plate moved 3-4 days ago causing her increased pain and fluid discharge, also reporting anxiety and nausea, requesting transport to St. Louis University Hospital. In the ED she reported severe leg pain and she was prescribed Bactrim for R leg wound infection and given injection of Ancef.

She called EMS to her home on 08.28.20 with suicidal ideations, anxiety and worry, stating she had taken 25 Percocet since 11 am the previous day due to pain in her leg and coming off of opioids, requesting transport to St. Louis University Hospital ED. In the ED she stated, "I am in so much pain that I keep thinking about ending my pain." Psych was consulted and she was admitted involuntarily. During this admission she was treated for opioid dependence and right lower extremity wound dehiscence/superficial infection by ortho later being transferred from psych to the medical floor on 09.01.20 and remaining inpatient for another 15 days for IV antibiotics for her MSSA and E. hermannii bacteremia right lower extremity surgical site wound as well as E. coli positive urinary tract infection. X-ray of her right ankle done 09.02.20 revealed partial healing of the distal tibial and fibular fractures with stable alignment. Her recovery was complicated by chronic pain as well as hyponatremia to which was determined to be caused by an allergic reaction to the Bactrim she was initially given. She was followed by psych, ortho, pain management, infectious disease and internal medicine during her stay and was discharged on 09.15.20 to home with instructions to change her dressing twice daily for two weeks and to follow up with ortho surgery, PCP and suboxone clinic.

She presented to the suboxone clinic on 09.16.20 and was told she needed to go to Chestnut Health for in patient detox.

She presented to Chestnut Health on 09.18.20 for inpatient opioid detox and continued suboxone treatment. She attended group therapy while inpatient and was discharged on 09.21.20 with instructions to continue counseling and prescriber appointments. She returned to the suboxone clinic 09.24.20 and continued to treat her addiction, which was caused by her injuries related to the incident.

During her follow up visit with ortho on 09.30.20 she was noted to be non-weight bearing of her right lower extremity with walker and an x-ray of her right tibia demonstrating good alignment with increased callous formation, hardware intact with no evidence of loose or broken screws. She was instructed to remain non-weight bearing and placed in a wet-to-dry dressing with instructions to follow up in 2 weeks and to take vitamin D and calcium to optimize healing.

She was noted to be weight-bearing as tolerated short distances with right lower extremity in air cast boot during her 10.14.20 follow up visit with ortho stating that "it actually feels good to walk." She was instructed to increase weight bearing to 50% right lower extremity with continued use of her air cast boot and wet-to-dry dressing changes.

X-ray of her right tibia revealed a well healed distal tibia fracture during her 12.09.20 follow up visit with ortho though she was noted to have a poke hole wound over her anterior right lower leg and was given oral antibiotics and instructed to follow up in 6 weeks and to weight-bear as tolerated to her right lower extremity continuing her wet-to-dry dressing changes.

She was scheduled for an irrigation and debridement of her right anterior tibia wound as well as a removal of the plate anterior tibia during her 01.20.21 ortho visit with an x-ray of her right tibia unchanged from before.

She underwent an excision of the sinus tract right lower extremity with irrigation and debridement and removal of deep hardware at St. Louis University Hospital on 02.16.21 by John Boudreau MD. She was kept overnight for observation, pain control, and IV antibiotics. She was discharged on 02.17.21 to home

with oral antibiotics and pain med scripts as well as instructions to weight bear as tolerated with air cast boot and follow up with ortho in one week.

At her 02.24.21 follow up visit with orthopedics, she was instructed to weight-bear as tolerated and use air cast boot if walking longer distances outside of the home and to continue dry dressing changes. Her stitches were removed during her 03.10.21 ortho visit and was instructed to continue weight-bearing as tolerated and to follow up in 3 weeks.

During her 03.31.21 follow up ortho visit she reported her pain being poorly controlled and located in her right lower leg with chronic burning neuropathy pain in her bilateral feet with a report of increased swelling and redness in her bilateral lower extremities over the last two weeks. X-ray of her right tibia/fibula revealed unchanged alignment with fixation, hardware intact with no evidence of loose or broken screws. She was instructed to follow up with her PCP for her bilateral lower extremity swelling and to continue weight-bearing as tolerated to her right lower extremity, dry dressing over surgical incision and instructed that this will continue to heal on its own with a follow up in three months.

Unfortunately, Lois continues to suffer from the injuries she sustained in the incident. She continues to have significant lower extremity pain, that leaves her limited to lying down most of her day. Significantly, her infection in the right lower extremity continued and she is currently admitted to Touchette Regional Hospital for the infection since 11.07.21, where she will stay until a bed opens at St. Louis University Hospital. She has been advised that she continues to have an infection in her leg which has spread to her bone and may result in amputation of her right foot.

Please be advised that this letter and the accompanying contents are being sent to you in an effort to effect settlement of a personal injury claim. Accordingly, the materials are to be considered as part of settlement negotiations and include confidential and private health information. Please treat these materials appropriately and note that they are not admissible or to be used in any subsequent litigation in the event that this claim does not ultimately resolve. Furthermore, this letter and any accompanying materials are being provided to your office with the understanding that none of the contents are to be shared or disclosed to any third parties without the express permission of our office and client(s).

Please give me a call after you have had an opportunity to review this information to discuss settlement of this matter. Please confirm in writing the receipt of this demand package. Please also provide us with copies of any liens that you have received.

Sincerely,

Rachel Weinhaus
Brown & Crouppen, P.C.
Direct: (314) 561-6208
rachelw@getbc.com


RW/st
Enclosures

11/16/2021