CLERK'S CERTIFICATION COPY- WITH JUDGE'S VERIFICATION

STATE OF ILLINOIS )
COUNTY OF ST. CLAIR )

I, **Marie Zaiz**, Clerk of the Circuit Court in and for said County, in the State Aforesaid, do hereby certify the foregoing to be a true, perfect and complete copy of: _Case 22-LA-319_

Dated _____, 20____

Seal of Court

_Marie Zaiz_
Clerk of the Circuit Court

By: _____
Deputy

STATE OF ILLINOIS )
COUNTY OF ST. CLAIR )

I, Hon._____, Judge of the Circuit Court of said County, do hereby certify that **Marie Zaiz** whose name is subscribed to the foregoing Certificate of Attestation, now is, and was at the time of signing and sealing the same, Clerk of the Circuit Court of St. Clair County aforesaid, and keeper of the records and Seal thereof, dully elected and qualified to office: that full faith and credit are and of right ought to be given to all his official acts as such in all Courts of Record and elsewhere; and that his said attestation is in due form of law, and by the proper officer.

Seal of Court

_____
Judge

STATE OF ILLINOIS )
COUNTY OF ST. CLAIR )

I, **Marie Zaiz**, Clerk of the Circuit Court in and for said County, in the State aforesaid, do hereby certify that **Hon.**_____, whose genuine signature appears to the foregoing certificate, was at the time of signing the same, judge of the Circuit Court of said County duly commissioned and qualified; that full faith and credit are and of right ought to be given to all his official acts as such in all Courts of Records and elsewhere.

Dated _____, 20____

Seal of Court

_Marie Zaiz_
Clerk of the Circuit Court

By: _____
Deputy

DEFENDANT'S EXHIBIT
B



**IN THE CIRCUIT COURT OF THE TWENTIETH JUDICIAL CIRCUIT**
**ST. CLAIR COUNTY, ILLINOIS**

**LOIS WISDOM**
Plaintiff/Petitioner

Vs

**DG RETAIL LLC DBA DOLLAR GENERAL, Et**
Defendant/Respondent

Case No. 22-LA-0319

TO:   **A FILE COPY**



FILED
ST. CLAIR COUNTY
MAY 23 2022
CIRCUIT CLERK

## INITIAL MANDATORY STATUS CONFERENCE SETTING ASSIGNMENT

Date: 06/27/2022          Time: 9:00 am          Room: 403

The above-styled case is assigned to:   **HON. HEINZ RUDOLF**

Counsel familiar with the case and authorized to act is ordered to appear for an Initial Mandatory Status Conference on the above date, time and courtroom pursuant to Local Rule 6.06, and Supreme Court Rule 218.

At the aforesaid conference the following shall be considered:

1. Service upon all of the parties;
2. Whether the case will be jury or no-jury;
3. The nature, issues, and complexity of the case;
4. Simplification of the issues;
5. Amendments and challenges to the pleadings;
6. Admissions of fact and documents;
7. Limitations of discovery, including but not limited to written discovery, depositions, and opinion witnesses;
8. Third parties;
9. Scheduling of settlement conferences;
10. Necessity of subsequent case management conferences;
11. Trial settings.

Office of Chief Judge

L63

Electronically Filed
Marie Zaiz
Circuit Clerk
Jennifer Davlin
22LA0319
St. Clair County
5/2/2022 4:30 PM
17733428

## AFFIDAVIT OF SERVICE

**State of Illinois**  **County of Saint Clair**

Case Number: 22LA0319

Plaintiff:
**Lois Wisdom**
vs.
Defendant:
**DG Retail, LLC d/b/a Dollar General and Karen and Stephanie Chamberlain, Trustees**

For: Kuehn, Beasley & Young, P.C.

Received by Clutter Investigations Inc. DBA Courthouse Courier on the 26th day of April, 2022 at 1:24 pm to be served on **Karen and Stephanie Chamberlain, Trustee Attn: Stephanie Chamberlain, 100 Timber Ridge Way NW, Apt 3117, Issaquah, WA 98027.** I, Andrew Webster, being duly sworn, depose and say that on the 29th day of April, 2022 at 8:55 a.m., executed service by delivering a true copy of the **Summons and Complaint** in accordance with state statutes in the manner marked below:

(X) INDIVIDUAL SERVICE: Served the within-named person.

( ) SUBSTITUTE SERVICE: By serving _____ as _____, and by mailing a copy of the documents in a sealed envelope with postage fully prepaid, addressed to the person being served at his or her usual place of abode on ___/___/___.

( ) POSTED SERVICE: After attempting service on ___/___ at _____ and on ___/___ at _____ to a conspicuous place on the property described herein.

( ) NON SERVICE: For the reason detailed in the Comments below.

Marital Status: ( ) Married or ( ) Single   Name of Spouse _____

COMMENTS: _____

Age 70s  Sex M (F)  Race White  Height 5'5"  Weight 140  Hair White  Glasses Y(N)

## AFFIDAVIT OF SERVICE For 22LA0319

I certify that I have no interest in the above action, am of legal age and have proper authority in the jurisdiction in which this service was made.

Subscribed and sworn to before me on the 29 day of APRIL, 2022 by the affiant who is personally known to me.

_____
Notary public

**Notary Public
State of Washington
JULIE SIEGER
License #114689
My Commission Expires
September 1, 2025**

PROCESS SERVER # 54656 7
Appointed in accordance with State Statutes

**Clutter Investigations Inc. DBA Courthouse Courier**
1 West Old State Capitol Plaza
Suite 818
Springfield, IL 62701
(217) 528-5997

Our Job Serial Number: 2022000819

Copyright © 1992-2022 Database Services, Inc. - Process Server's Toolbox V8.1z

# IN THE CIRCUIT COURT OF THE TWENTIETH JUDICIAL CIRCUIT
## ST. CLAIR COUNTY, ILLINOIS

**LOIS WISDOM**

Plaintiff/Petitioner

Vs

**DG RETAIL LLC DBA DOLLAR GENERAL, Et**

Defendant/Respondent

| FILED |
|---|
| ST. CLAIR COUNTY |
| 04/25/2022 |
| CIRCUIT CLERK |

Case No. 22-LA-0319

To: YOUNG, MATT
23 SOUTH 1ST STREET
BELLEVILLE, ILLINOIS 62220

# Receipt of Payment for Fees and Costs Ordered

Case: 22-LA-0319 - WISDOM VS DG RETAIL LLC
Assessment Type: Assessment: 877124 Ordered on Monday April 25, 2022 for the amount of 314.00
TransactionType: Payment Applied to Assessment - SCHEDULED FEES AND COSTS
TransactionDate: Monday April 25 2022 at 10:53 am
Clerk: 40090404
Applied From:

| Transaction Description | Ordered | Prior Payments | Current Payment | Balance Owed |
|---|---|---|---|---|
| Court Ordered Fees and Costs | 314.00 | | | |
| - Amount Paid by this Payment | | | 314.00 | |
| ** Balance Paid in Full | | | | |
| Case Fines and Costs Total: | 314.00 | | 314.00 | 0.00 |

False

# CIRCUIT COURT FOR THE 20TH JUDICIAL CIRCUIT

State of Illinois ) S.S.
County of St. Clair )

Case Number __22LA0319__

Amount Claimed _____

| LOIS WISDOM | DG RETAIN, LLC d/b/a DOLLAR GENERAL and KAREN AND STEPHANIE CHAMBERLAIN, TRUSTEES |
|---|---|
| Plaintiff(s) | Defendant(s) |

VS

Classification Prefix _____ Code _____  Nature of Action _____ Code _____

Pltf. Atty. __Matthew P. Young, #6291110__ Code _____
Address __23 South 1st Street__
City __Belleville, IL  62220__ Phone __277-7260__
Add. Pltf. Atty. __mattyoung@kuehnlawfirm.com__ Code _____

**TO THE SHERIFF: SERVE THIS DEFENDANT AT:**
NAME  DG Retail, LLC d/b/a Dollar General
       Illinois Corporation Service
ADDRESS  801 Adlai Stevenson Drive
CITY & STATE  Springfield, IL  62703

## SUMMONS COPY

To the above named defendant(s)......:

☐ A. You are hereby summoned and required to appear before this court at (court location) _____ at _____ M. On _____ 20__ to answer the complaint in this case, a copy of which is hereto attached. If you fail to do so, a judgment by default may be taken against you for the relief asked in the complaint.

☑ B. You are summoned and required to file an answer to the complaint in this case, a copy of which is hereto attached, or otherwise file your appearance, in the office of the clerk of this court within 30 days after service of this summons, exclusive of the day of service. If you fail to do so, judgment of decree by default may be taken against you for the relief prayed in the complaint.

E-filing is now mandatory for documents in civil cases with limited exemptions. To e-file, you must first create an account with an e-filing service provider. Visit https://efile.illinoiscourts.gov/service-providers.htm to learn more and to select a service provider.

If you need additional help or have trouble e-filing, visit http://www.illinoiscourts.gov/FAQ/gethelp.asp.

**TO THE OFFICER:**
This summons must be returned by the officer or other person to whom it was given for service, with indorsement thereon of service and fees if any, immediately after service. In the event that paragraph A of this summons is applicable this summons may not be served less than three days before the day of appearance. If service cannot be made, this summons shall be returned so indorsed.

This summons may not be served later than 30 days after its date.

SEAL

*Marie Zaiz*
MARIE ZAIZ, Circuit Clerk
4/21/2022
Jennifer Davlin

WITNESS, _____ 20____

_____
Clerk of Court
BY DEPUTY: _____

DATE OF SERVICE: _____ 20____
(To be inserted by officer on copy left with defendant or other person)

I certify that I served this summons on defendants as follows:

(a) – (Individual defendants – personal):
By leaving a copy of the summons and a copy of the complaint with each individual defendant personally as follows:

| Name of defendant | Date of service |
|---|---|
| | |
| | |
| | |
| | |

(b) - (Individual defendants - abode):
By leaving a copy of the summons and a copy of the complaint at the usual place of abode of each individual defendant with a person of his family, of the age of 13 years or upwards, informing that person of the contents of the summons, and also by sending a copy of the summons and of the complaint in a sealed envelope with postage fully prepaid, addressed to each individual defendant at his usual place of abode, as follows:

| Name of defendant | Person with whom left | Date of service | Date of mailing |
|---|---|---|---|
| | | | |
| | | | |
| | | | |

(c) - (Corporation defendants):
By leaving a copy of the summons and a copy of the complaint with the registered agent office, or agent of each defendant corporation as follows:

| Defendant corporation | Registered agent, officer or agent | Date of service |
|---|---|---|
| | | |
| | | |
| | | |

(d) - (Other service):

| SHERIFF'S FEES |
|---|
| Service and return _____$ |
| Miles _____ .........$_____ |
| Total .....................$_____ |
| |
| Sheriff of _____ County |

_____, Sheriff of _____County

_____, Deputy

# CIRCUIT COURT FOR THE 20TH JUDICIAL CIRCUIT

State of Illinois ) S.S.
County of St. Clair )

Case Number  22LA0319

Amount Claimed _____

| LOIS WISDOM | DG RETAIN, LLC d/b/a DOLLAR GENERAL and KAREN AND STEPHANIE CHAMBERLAIN, TRUSTEES |
|---|---|
| Plaintiff(s) | vs  Defendant(s) |

Classification Prefix _____ Code _____  Nature of Action _____ Code _____

Pltf. Atty. Matthew P. Young, #6291110   Code _____
Address 23 South 1st Street
City Belleville, IL 62220   Phone 277-7260
Add. Pltf. Atty. mattyoung@kuehnlawfirm.com Code _____

TO THE SHERIFF: SERVE THIS DEFENDANT AT:
NAME DG Retail, LLC d/b/a Dollar General

ADDRESS 4011 Mississippi Avenue

## SUMMONS COPY
To the above named defendant(s)......:

CITY & STATE Cahokia, IL 62206

☐ A. You are hereby summoned and required to appear before this court at (court location) _____ at _____ M. On _____ 20___ to answer the complaint in this case, a copy of which is hereto attached. If you fail to do so, a judgment by default may be taken against you for the relief asked in the complaint.

☑ B. You are summoned and required to file an answer to the complaint in this case, a copy of which is hereto attached, or otherwise file your appearance, in the office of the clerk of this court within 30 days after service of this summons, exclusive of the day of service. If you fail to do so, judgment of decree by default may be taken against you for the relief prayed in the complaint.

E-filing is now mandatory for documents in civil cases with limited exemptions. To e-file, you must first create an account with an e-filing service provider. Visit https://efile.illinoiscourts.gov/service-providers.htm to learn more and to select a service provider.

If you need additional help or have trouble e-filing, visit http://www.illinoiscourts.gov/FAQ/gethelp.asp.

**TO THE OFFICER:**
This summons must be returned by the officer or other person to whom it was given for service, with indorsement thereon of service and fees if any, immediately after service. In the event that paragraph A of this summons is applicable this summons may not be served less than three days before the day of appearance. If service cannot be made, this summons shall be returned so indorsed.

This summons may not be served later than 30 days after its date.

SEAL   MARIE ZAIZ, Circuit Clerk
4/21/2022
Jennifer Davlin

WITNESS, _____ 20____

_____
Clerk of Court
BY DEPUTY: _____

DATE OF SERVICE: _____ 20____
(To be inserted by officer on copy left with defendant or other person)



I certify that I served this summons on defendants as follows:

(a) – (Individual defendants – personal):
By leaving a copy of the summons and a copy of the complaint with each individual defendant personally as follows:

| Name of defendant | Date of service |
|---|---|
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |

(b) - (Individual defendants - abode):
By leaving a copy of the summons and a copy of the complaint at the usual place of abode of each individual defendant with a person of his family, of the age of 13 years or upwards, informing that person of the contents of the summons, and also by sending a copy of the summons and of the complaint in a sealed envelope with postage fully prepaid, addressed to each individual defendant at his usual place of abode, as follows:

| Name of defendant | Person with whom left | Date of service | Date of mailing |
|---|---|---|---|
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |

(c) - Corporation defendants):
By leaving a copy of the summons and a copy of the complaint with the registered agent office, or agent of each defendant corporation as follows:

| Defendant corporation | Registered agent, officer or agent | Date of service |
|---|---|---|
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |

(d) - (Other service):

**SHERIFF'S FEES**

Service and return _____ $
Miles _____ .... $_____
Total ................ $_____

Sheriff of _____ County

_____, Sheriff of _____ County

_____, Deputy

# CIRCUIT COURT FOR THE 20TH JUDICIAL CIRCUIT

State of Illinois ) S.S.
County of St. Clair )

Case Number __22LA0319__

Amount Claimed _____

| LOIS WISDOM | DG RETAIN, LLC d/b/a DOLLAR GENERAL and KAREN AND STEPHANIE CHAMBERLAIN, TRUSTEES |
|---|---|
| Plaintiff(s) | VS |
| | Defendant(s) |

Classification Prefix _____ Code _____ Nature of Action _____ Code _____

Pltf. Atty. Matthew P. Young, #6291110  Code _____
Address 23 South 1st Street
City Belleville, IL 62220   Phone 277-7260
Add. Pltf. Atty. mattyoung@kuehnlawfirm.com Code _____

## SUMMONS COPY

To the above named defendant(s)......:

TO THE SHERIFF: SERVE THIS DEFENDANT AT:
NAME  Karen and Stephanie Chamberlain, Trustees
Attn: Stephanie Chamberlain
ADDRESS 100 Timber Ridge Way NW, Apt. 3117
CITY & STATE  Issaquah, WA  98027

☐ A. You are hereby summoned and required to appear before this court at (court location) _____ at _____ M. On _____ 20__ to answer the complaint in this case, a copy of which is hereto attached. If you fail to do so, a judgment by default may be taken against you for the relief asked in the complaint.

☑ B. You are summoned and required to file an answer to the complaint in this case, a copy of which is hereto attached, or otherwise file your appearance, in the office of the clerk of this court within 30 days after service of this summons, exclusive of the day of service. If you fail to do so, judgment of decree by default may be taken against you for the relief prayed in the complaint.

E-filing is now mandatory for documents in civil cases with limited exemptions. To e-file, you must first create an account with an e-filing service provider. Visit https://efile.illinoiscourts.gov/service-providers.htm to learn more and to select a service provider.

If you need additional help or have trouble e-filing, visit http://www.illinoiscourts.gov/FAQ/gethelp.asp.

**TO THE OFFICER:**
This summons must be returned by the officer or other person to whom it was given for service, with indorsement thereon of service and fees if any, immediately after service. In the event that paragraph A of this summons is applicable this summons may not be served less than three days before the day of appearance. If service cannot be made, this summons shall be returned so indorsed.

This summons may not be served later than 30 days after its date.

*Marie Zaiz*
MARIE ZAIZ, Circuit Clerk

SEAL

4/21/2022
Jennifer Davlin

WITNESS, _____ 20____

_____
Clerk of Court

BY DEPUTY: _____

DATE OF SERVICE: _____ 20____
(To be inserted by officer on copy left with defendant or other person)

I certify that I served this summons on defendants as follows:

(a) – (Individual defendants – personal):
By leaving a copy of the summons and a copy of the complaint with each individual defendant personally as follows:

| Name of defendant | Date of service |
|---|---|
| | |
| | |
| | |
| | |

(b) - (Individual defendants - abode):
By leaving a copy of the summons and a copy of the complaint at the usual place of abode of each individual defendant with a person of his family, of the age of 13 years or upwards, informing that person of the contents of the summons, and also by sending a copy of the summons and of the complaint in a sealed envelope with postage fully prepaid, addressed to each individual defendant at his usual place of abode, as follows:

| Name of defendant | Person with whom left | Date of service | Date of mailing |
|---|---|---|---|
| | | | |
| | | | |
| | | | |

(c) - (Corporation defendants):
By leaving a copy of the summons and a copy of the complaint with the registered agent office, or agent of each defendant corporation as follows:

| Defendant corporation | Registered agent, officer or agent | Date of service |
|---|---|---|
| | | |
| | | |
| | | |

(d) - (Other service):

| SHERIFF'S FEES |
|---|
| Service and return _____$ |
| Miles _____ .........$_____ |
| Total ......................$_____ |
| |
| Sheriff of _____ County |

_____, Sheriff of _____County

_____, Deputy

Electronically Filed
Marie Zaiz
Circuit Clerk
Jennifer Davlin
22LA0319
St. Clair County
4/19/2022 2:08 PM
17555693

IN THE CIRCUIT COURT
TWENTIETH JUDICIAL CIRCUIT
ST. CLAIR COUNTY, ILLINOIS

| | |
|---|---|
| LOIS WISDOM, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) No.: 22-LA-0319 |
| | ) |
| DG RETAIL, LLC d/b/a | ) |
| DOLLAR GENERAL and | ) |
| KAREN AND STEPHANIE | ) |
| CHAMBERLAIN, TRUSTEES | ) |
| | ) |
| Defendants. | ) |

Serve Defendant at:

Dollar General #14541
4011 Mississippi Avenue
Cahokia, IL 62206

Illinois Corporation Service C
801 Adlai Stevenson Drive
Sprinfield, IL 62703

Chamberlain, Stephanie & Karen Trustees
Attn: Stephanie Chamberlain
100 Timber Ridge Way NW, Apt 3117
Issaquah, WA 98027

## COMPLAINT

COMES NOW Plaintiff, Lois Wisdom, by and through her attorney, Matthew P. Young of Kuehn, Beasley & Young, P.C. Law firm and for her Complaint against

Page 1 of 5

DG Retail, Inc. (hereinafter Dollar General) and Stephanie and Karen Chamberlain Trustees (Chamberlain) states as follows:

## COUNT 1 – Dollar General

1. Plaintiff is a resident of St. Clair County, Illinois.

2. At all relevant times, Defendant Dollar General was an Illinois corporation, authorized to transact business in the State of Illinois, has a store in St. Clair County, Illinois, and was operating a business in St. Clair County, Illinois.

3. On or about July 3, 2020, Plaintiff was an invitee of Defendant's Dollar General store located at 4011 Mississippi Avenue, Cahokia, St. Clair County, Illinois.

4. While on Defendant's premises, Plaintiff tripped and fell as a result of a trip hazard on the curb in front of the store that Plaintiff did not know was there and had no reason to know was there.

5. The curb was uneven, was hidden by advertising signs, and was in a dilapidated condition.

6. That Defendant knew or should have known of the condition of the curb.

7. No signs or other warnings existed regarding the dangerous and defective condition of the curb.

8. At all relevant times, Defendant had a duty to exercise reasonable care in maintaining its property.

9. That at the above mentioned time and place, Defendant was negligent in one or more of the following ways:

    a. Failed to warn the Plaintiff of the hazardous condition of the curb;

    b. Failed to exercise reasonable care in the maintenance of the curb;

    c. Negligently and Carelessly allowed an uneven curb to be allowed in the front of the store that patrons had to encounter to get in the store;

    d. Negligently and carelessly hid the condition of the curb with yellow advertising signs; and

    e. Was otherwise negligent in the maintenance and upkeep of its premises.

10. That as a direct and proximate result of one or more of these negligent acts, Plaintiff was injured.

11. That Plaintiff has suffered, and will suffer in the future, severe injury and pain, lost enjoyment of life, disability, and pain and suffering as a result of Defendant's negligence.

WHEREFORE, Plaintiff prays for judgment against the Defendant, Dollar General, in an amount in excess of FIFTY THOUSAND DOLLARS ($50,000.00), plus costs and any further relief this Court deems just and proper.

## COUNT 2 – Chamberlain

1. Plaintiff is a resident of St. Clair County, Illinois.

2.	At all relevant times, upon information and belief, Defendants were residents of the State of Washington.

3.	On or about July 3, 2020, Plaintiff was an invitee of Defendant's Dollar General store located at 4011 Mississippi Avenue, Cahokia, St. Clair County, Illinois.

4.	While on Defendant's premises, Plaintiff tripped and fell as a result of a trip hazard on the curb in front of the store that Plaintiff did not know was there and had no reason to know was there.

5.	Defendant Chamberlain is the owner of the curb.

6.	As the owner, defendant is responsible for maintaining the curb at the above location in a reasonably safe manner.

7.	That Defendant knew or should have known of the condition of the curb.

8.	No signs or other warnings existed regarding the dangerous and defective condition of the curb.

9.	At all relevant times, Defendant had a duty to exercise reasonable care in maintaining its property.

10.	That at the above mentioned time and place, Defendant was negligent in one or more of the following ways:

    a.	Failed to warn the Plaintiff of the hazardous condition of the curb;

    b.	Failed to exercise reasonable care in the maintenance of the curb;

    c.    Negligently and Carelessly allowed an uneven curb to be allowed in the front of the store that patrons had to encounter to get in the store;

    d.    Negligently and carelessly hid the condition of the curb with yellow advertising signs; and

    e.    Was otherwise negligent in the maintenance and upkeep of its premises.

11.    That as a direct and proximate result of one or more of these negligent acts, Plaintiff was injured.

12.    That Plaintiff has suffered, and will suffer in the future, severe injury and pain, lost enjoyment of life, disability and pain and suffering as a result of Defendant's negligence.

WHEREFORE, Plaintiff prays for judgment against the Defendants, Chamberlain, in an amount in excess of FIFTY THOUSAND DOLLARS ($50,000.00), plus costs and any further relief this Court deems just and proper.

Respectfully Submitted,

/s/ Matthew P. Young
Matthew P. Young #6291110
Attorney for Plaintiff
Kuehn, Beasley & Young, P.C.
23 South 1st Street
Belleville, IL 62220
Phone: 618.277.7260
Fax: 618.277.7718
tracyd@kuehnlawfirm.com
mattyoung@kuehnlawfirm.com

Electronically Filed
Marie Zaiz
Circuit Clerk
Jennifer Davlin
22LA0319
St. Clair County
4/19/2022 2:08 PM
17555693

IN THE CIRCUIT COURT
TWENTIETH JUDICIAL CIRCUIT
ST. CLAIR COUNTY, ILLINOIS

| | |
|---|---|
| LOIS WISDOM, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) No.: 22-LA-0319 |
| | ) |
| DG RETAIL, LLC d/b/a | ) |
| DOLLAR GENERAL and | ) |
| KAREN AND STEPHANIE | ) |
| CHAMBERLAIN, TRUSTEES | ) |
| | ) |
| Defendants. | ) |

## AFFIDAVIT

This affidavit is made pursuant to Supreme Court Rule 222(b). Under the penalties of perjury as provided by Section 1-109 of the Code of Civil Procedure, the undersigned certifies that the money damages sought by the Plaintiff herein does exceed fifty thousand dollars ($50,000.00).

Respectfully Submitted,

/s/ Matthew P. Young
Matthew P. Young #6291110
Attorney for Plaintiff
Kuehn, Beasley & Young, P.C.
23 South 1st Street
Belleville, IL 62220
Phone: 618.277.7260
Fax: 618.277.7718
tracyd@kuehnlawfirm.com
mattyoung@kuehnlawfirm.com

Page 1 of 1